USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN-MICHAEL KUCZYNSKI,

Plaintiff,

-v-

UBS FINANCIAL SERVICES INC.,

Defendant.

26-cv-6119 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On October 2, 2026, the Court held a hearing on the motion to withdraw filed by Plaintiff's counsel, attorney Li Weng, Esq. Dkt. No. 19. Neither Li Weng nor Plaintiff appeared; counsel for Defendant appeared. *Id.* The Court thus assumed that Li Weng no longer wishes to pursue the motion to withdraw and denied the motion without prejudice. *Id.*

Since the Court's October 2, 2026 Order, Li Weng has sent the attached emails to the Chambers' email address. Counsel is referred to the Local Rules and ECF Rules of the Court, which require that "all documents required to be filed with the Court must be filed electronically," ECF Rule 1.1, and "[c]ounsel must serve and file papers by following the instructions regarding ECF published on the website," Local Civil Rule 5.2. Counsel practicing before the Court is expected to be familiar with all rules of the Court, including the Court's Individual Practices, which state that the Court "reviews materials filed via ECF at the latest on the business day after they have been filed" and email is reserved for urgent communications. Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 1.H. The Court's orders stand. Counsel has not been relieved, and the Court understands the pending motion to dismiss

to be unopposed. If Plaintiff wishes the Court to take action, counsel shall move the Court through a filing on ECF. Communications sent via email will otherwise be disregarded.

SO ORDERED.

Dated: October 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

**From:** 翁莉
**To:** Liman NYSD Chambers
**Subject:** Re: "CONFERENCE TODAY AT 11AM" Kuczynski v. UBS Financial Services Inc. - 26cv6119
**Date:** Tuesday, October 6, 2026 11:15:28 AM
**Attachments:** 082C0C30@F8A72024.8210C56A00000000.png

**CAUTION - EXTERNAL:**

Good morning,

I am really sorry this is my first case with SDNY, I didn't know how the process properly, I thought I got out of this case by filing this withdrawal. And client hired attorney as well. I spoke with his new attorney, and confirmed about this situation. Thanks for your understanding. Somehow I never received an email notification about the conference.

发自我的iPhone

------------------ Original ------------------

**From:** 翁莉 <wenglidk@foxmail.com>
**Date:** Sat,Oct 3,2026 10:42 AM
**To:** Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov>
**Subject:** Re: "CONFERENCE TODAY AT 11AM" Kuczynski v. UBS Financial Services Inc. - 26cv6119

Good morning,

I filed an motion to withdraw in late August, how come you didn't get it?

发自我的iPhone

------------------ Original ------------------

**From:** Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov>
**Date:** Fri,Oct 2,2026 11:10 PM
**To:** 翁莉 <wenglidk@foxmail.com>
**Subject:** Re: "CONFERENCE TODAY AT 11AM" Kuczynski v. UBS Financial Services Inc. - 26cv6119

Good Morning Counsel,

A telephone conference was scheduled in this matter for today at 11AM. It is now 11:10AM, defendant's counsel and the Judge are awaiting your appearance. Please dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322 as soon as possible.

Thanks,

Matt Fishman
Courtroom Deputy to the Honorable Lewis J. Liman
United States Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-0226
matthew_fishman@nysd.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** 翁莉
**To:** Liman NYSD Chambers
**Subject:** Re: "CONFERENCE TODAY AT 11AM" Kuczynski v. UBS Financial Services Inc. - 26cv6119
**Date:** Tuesday, October 6, 2026 9:05:17 AM
**Attachments:** 082C0C30@8E214B7A.E0F1C46A00000000.png

**CAUTION - EXTERNAL:**

Good morning,

I am really sorry this is my first case with SDNY, I didn't know how the process properly, I thought I got out of this case by filing this withdrawal. And client hired attorney as well. I spoke with his new attorney, and confirmed about this situation. Thanks for your understanding. Somehow I never received an email notification about the conference.

发自我的iPhone

------------------ Original ------------------

**From:** 翁莉 <wenglidk@foxmail.com>
**Date:** Sat,Oct 3,2026 10:42 AM
**To:** Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov>
**Subject:** Re: "CONFERENCE TODAY AT 11AM" Kuczynski v. UBS Financial Services Inc. - 26cv6119

Good morning,

I filed an motion to withdraw in late August, how come you didn't get it?

发自我的iPhone

------------------ Original ------------------

**From:** Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov>
**Date:** Fri,Oct 2,2026 11:10 PM
**To:** 翁莉 <wenglidk@foxmail.com>
**Subject:** Re: "CONFERENCE TODAY AT 11AM" Kuczynski v. UBS Financial Services Inc. - 26cv6119

Good Morning Counsel,

A telephone conference was scheduled in this matter for today at 11AM. It is now 11:10AM, defendant's counsel and the Judge are awaiting your appearance. Please dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322 as soon as possible.

Thanks,

Matt Fishman
Courtroom Deputy to the Honorable Lewis J. Liman
United States Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-0226
matthew_fishman@nysd.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.